AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br>KYLER CAMPBELL and<br>VIRGIL DENNISON<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 3:15MJ48-SAA<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 22, 2015__ in the county of __Lafayette__ in the __Northern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(q) | knowing possession of a firearm that had previously moved in interstate commerce at a place that the defendant knew or had reasonable cause to believe was a school zone. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

STEPHEN E. THOMASON, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 23, 2015

_____
*Judge's signature*

City and state: Oxford, Mississippi

S. ALLAN ALEXANDER
*Printed name and title*